# Court of Appeals
# of the State of Georgia

ATLANTA, October 04, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0441. LARRY KING v. THE STATE.**

A jury found Larry King guilty of armed robbery and burglary, and he was sentenced as a recidivist to life in prison without parole. King appealed, and his conviction and sentence were affirmed on appeal. See *King v. State*, 258 Ga. App. 872 (575 SE2d 679) (2002). Years later, King filed a motion challenging his sentence as void. King argued that the prior offense used to enhance his sentence was committed when he was a juvenile and thus should not have been used in recidivist sentencing. The trial court denied the motion, and King appeals.

A direct appeal may lie from an order denying or dismissing a motion to vacate a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void. See *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). A sentence is void only if it imposes punishment that the law does not allow. *Crumbley v. State*, 261 Ga. 610, 611 (1) (409 SE2d 517) (1991). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013). A challenge to the factual predicates underlying the prior conviction used in recidivist sentencing does not constitute a valid void sentence argument. See id.; *Kimbrough v. State*, 325 Ga. App. 519, 522 (1) (754 SE2d 109) (2014).

Here, King challenges the validity of his prior conviction. Because this is not a colorable void-sentence argument, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,___10/04/2018_____*
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*